UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CAROL A. TRUESDELL,

               Plaintiff

      v.                                          C-1-07-334

COMMISSIONER OF SOCIAL SECURITY,

               Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 11) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the controlling principles of law and properly applied them to the particular facts of this case. This Court accepts the Report as uncontroverted. The Report and Recommendation is **ADOPTED AND INCORPORATED** herein.

Accordingly, for the reasons stated in the Report and Recommendation (doc. no. 11), the decision of the Commissioner, that plaintiff was not entitled to a period of disability and disability income benefits from June 20, 2004 through September 12, 2006, is not supported by substantial evidence and is **REVERSED.** This matter is **REMANDED** to the defendant for an immediate award of benefits according to law.

This matter is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

                                        s/Herman J. Weber
                             Herman J. Weber, Senior Judge
                             United States District Court